**Opinion issued March 26, 2026**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-26-00211-CV

———————————

### IN RE WILLIAM VIDES, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator William Vides has filed a petition for writ of mandamus complaining of the trial court's orders assessing sanctions and attorney's fees.[1] We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

---

[1] The underlying case is *Highland Village Management, LLC v. William Vides; Will Vides Properties, LLC; William Vides Property LLC; WV Systems LLC; and Joke Rider Production LLC*, cause number 23-DCV-309158, pending in the 434th District Court of Fort Bend County, Texas, the Honorable J. Christian Becerra presiding.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.